**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JIMMY ASHLEY**                                                                                   **PLAINTIFF**

**v.**                                            **3:12CV00026 BSM**

**BRM FOODS, INC.**                                                                               **DEFENDANT**

## ORDER

Upon the parties' joint stipulation of dismissal [Doc. No. 9], all claims against defendant BRM Foods, Inc. are dismissed with prejudice. Except as set forth in the parties' settlement agreement, each party will bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 24th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE